UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.:09-80921-CIV-COHN/SELTZER

ALLEN FOX,

      Plaintiff,

vs.

DDR SOUTHEAST TEQUESTA, L.L.C.,
a Delaware Limited Liability Company,

      Defendant.
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, ALLEN FOX, by and through undersigned counsel, hereby files this Notice of Settlement and states that the Parties have reached an agreement to settle this matter. The Parties are in the process of finalizing settlement documents and will be filing a Joint Stipulation for Dismissal with Prejudice with this Court along with a proposed order within ten (10) days. The Court has currently scheduled a Calendar Call and a hearing on Defendant's Motion in Limine and Motion to Strike Plaintiff's Expert Witness for Friday, March 26, 2010, at 3:00 p.m. The Parties respectfully request that this matter be removed from the trial calendar and the hearings be cancelled.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 24, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of

Electronic Filing generated by CM/ECF.

   s/ Cynthia K. Mitchell
Cynthia K. Mitchell, Esquire
Florida Bar No. 571563
cmitchell@auriliolaw.com
Aurilio & Associates, P.A.
3307 Northlake Boulevard, Suite 105
Palm Beach Gardens, Florida  33403
Telephone: (561) 627-5300
Facsimile: (561) 625-5629
Attorneys for Plaintiff

**SERVICE LIST**
**Allen Fox v. DDR Southeast Tequesta, L.L.C.**
**Case No. 09-80921-CIV-COHN/SELTZER**
**United States District Court, Southern District of Florida**

Brian C. Blair, Esquire
bblair@bakerlaw.com
BAKER & HOSTETLER, LLP
200 South Orange Avenue
Orlando, Florida 32802
Telephone: 407-649-4000
Facsimile: 407-841-0168
Attorneys for Defendant
Method of Service: CM/ECF


Brandon T. Crossland, Esquire
brossland@bakerlaw.com
BAKER & HOSTETLER, LLP
200 South Orange Avenue
Orlando, Florida 32802
Telephone: 407-649-4000
Facsimile: 407-841-0168
Attorneys for Defendant
Method of Service: CM/ECF